United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ZHANG GAO, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, CALIFORNIA CORRECTIONAL INSTITUTION, <br><br> Respondent. | Case No. 19-cv-03167-JD <br><br> **ORDER OF TRANSFER** <br><br> Re: Dkt. No. 2 |

This is a habeas case filed pro se by a state prisoner. He seeks review of a prison disciplinary finding that resulted in additional prison time. It is not clear where the disciplinary finding occurred. However, plaintiff is currently housed at California Correctional Institution which is in the Eastern District of California.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner's challenge goes to the execution of his sentence, this petition is transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).[1]

---

[1] Petitioner argues that he was found guilty at a prison disciplinary hearing in violation of the Sixth Amendment because his sentence was increased. To the extent he argues that the trier of fact found a factor that increased his punishment, instead of a jury, he is not entitled to relief. Prison disciplinary proceedings are not part of a criminal prosecution and the full panoply of rights due a defendant in such proceedings does not apply. *See Wolff v. McDonnell*, 418 U.S. 539, 556-57 (1974).

The Court will not rule on the motion to proceed in forma pauperis (Docket No. 2) which is **VACATED**.

    **IT IS SO ORDERED.**

Dated: July 30, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ZHANG GAO,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN, CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>Defendant. | Case No. 19-cv-03167-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Zhang Gao ID: F90757
California Correctional Institution
P.O. Box 107
Tehachapi, CA 93581

Dated: July 30, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO